# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s):** 22-15288

**Case Name:** Preston Lee v. L3Harris Technologies, Inc., et al

**Counsel submitting this form:** Joseph T. Rosenbaum

**Represented party/parties:** Preston Lee

*Briefly describe the dispute that gave rise to this lawsuit.*

Mr. Preston Lee was wrongfully harassed and terminated from his employment at L3Harris Technologies, Inc. based on his disability (PTSD).

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7        *1*        Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

In a nutshell, the case was disposed of on summary judgment and the issue on appeal was did the District Court error in disposing of the case on summary judgment.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None

**Signature** /s/ Joseph T. Rosenbaum  **Date** 3/7/2022
(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7　　　　　　　　　　　　　　　2　　　　　　　　　　　　　　　Rev. 12/01/2018