FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
|---|---|
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S NOTICE THAT NO** |
| vs. | ) **TRANSCRIPTS WILL BE** |
| | ) **ORDERED REGARDING** |
| L3HARRIS TECHNOLOGIES, INC.; | ) **PLAINTIFFS APPEAL TO THE** |
| JOHN DOES 1-10; JANE DOES 1-10; | ) **UNITED STATES COURT OF** |
| DOE CORPORATIONS 1-10; DOE | ) **APPEALS FOR THE NINTH** |
| PARTNERSHIPS 1-10; DOE | ) **CIRCUIT; CERTIFICATE OF** |
| UNINCORPORATED | ) **SERVICE** |
| ORGANIZATIONS | ) |
| 1-10; and DOE GOVERNMENTAL | ) |
| AGENCIES 1-10, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Action Filed: November 13, 2020
Judge: Hon. Leslie E. Kobayashi

**PLAINTIFF'S NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED**

1

## REGARDING PLAINTIFF'S APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Plaintiff PRESTON LEE hereby provides notice that no transcripts will be ordered in regards to his appeal to the United States Court of Appeals for the Ninth Circuit.

DATED:   Honolulu, Hawaii; March 8, 2022.

/s/ Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM
Attorney for Plaintiff Preston Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I hereby certify that on today's date a copy of the foregoing documents were duly served via EM/ECF to the following:
 AMANDA M. JONES
 MICHAEL R. SOON FAH
 1000 Bishop Street, Ste. 1200
 Honolulu, HI 96813
 Attorneys for Defendant
 L3HARRIS TECHNOLOGIES, INC.

DATED: Honolulu, Hawaii, March 8, 2022.

FUJIWARA AND ROSENBAUM, LLLC

3

By /s/ Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM
Attorney for Plaintiff
PRESTON LEE