**No. 22-15288**

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

PRESTON LEE,

Plaintiff-Appellant

v.

L3HARRIS TECHNOLOGIES, INC.

Defendant-Appellee

---

On Appeal from the United States District Court
District of Hawaii Civil No. 1:20-00489 (LEK/KJM)
(Honorable Leslie E. Kobayashi)

---

**APPELLANT'S EXCERPTS OF RECORD
INDEX VOLUME**

---

FUJIWARA AND ROSENBAUM, LLLC

JOSEPH T. ROSENBAUM           9205
ELIZABETH JUBIN FUJIWARA      3558
Topa Financial Center
745 Fort St, Ste 1501
Honolulu, Hawaii 96813
Telephone: (808) 203-5436

Attorney for Plaintiff-Appellant
PRESTON LEE

# INDEX

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 of 3** | | | |
| Judgment In a Civil Case | 1/31/22 | 83 | 002 |
| Order Granting Defendant's Motion for Summary Judgment | 01/31/22 | 82 | 003-044 |
| **VOLUME 2 of 3** | | | |
| Defendant's L3Harris Technologies, Inc.'s Reply Memorandum in Support of Its Motion for Summary Judgment on All Claims | 10/29/21 | 66 | 046-066 |
| Plaintiff's Memorandum in Opposition to Defendant's L3Harris Technologies, Inc.'s Motion for Summary Judgment | 10/22/21 | 60 | 066-090 |
| Plaintiff's Concise Statement of Facts | 10/22/21 | 61 | 091-096 |
| Declaration of Joseph T. Rosenbaum *(Plaintiff's Concise Statement of Facts)* | 10/22/21 | 61-1 | 097-098 |

| | | | |
|---|---|---|---|
| Exhibit A – Portion of Deposition of Gilbert Castro *(Plaintiff's Concise Statement of Facts)* | 10/22/21 | 61-2 | 099-109 |

| | | | |
|---|---|---|---|
| Exhibit B – Portion of Deposition of David Hesapene *(Plaintiff's Concise Statement of Facts)* | 10/22/21 | 61-3 | 110-115 |
| Exhibit C – Ross West Email of 12/11/19 *(Plaintiff's Concise Statement of Facts)* | 10/22/21 | 61-4 | 116-117 |
| Declaration of Preston Lee *(Plaintiff's Concise Statement of Facts)* | 10/22/21 | 61-5 | 118-141 |
| Declaration of Jimmy Costales *(Plaintiff's Concise Statement of Facts)* | 10/22/21 | 61-6 | 142-144 |
| Declaration of Josh Barton *(Plaintiff's Concise Statement of Facts)* | 10/22/21 | 61-7 | 145-147 |
| Declaration of Guy Fujita *(Plaintiff's Concise Statement of Facts)* | 10/22/21 | 61-8 | 148-149 |
| Declaration of Michael Young *(Plaintiff's Concise Statement of Facts)* | 10/22/21 | 61-9 | 150-151 |

| | | | |
|---|---|---|---|
| Declaration of David Shimogawa *(Plaintiff's Concise Statement of Facts)* | 10/22/21 | 61-10 | 152-153 |
| Declaration of David Hasapene *(Plaintiff's Concise Statement of Facts)* | 10/22/21 | 61-11 | 154-156 |
| Defendant's L3Harris Technologies, Inc.'s Motion for Summary Judgment on All Claims | 09/29/21 | 49 | 157-159 |

| | | | |
|---|---|---|---|
| Memorandum in Support of Motion for Summary Judgment | 09/29/21 | 49-1 | 161-191 |
| Appendix 1 *(Memorandum in Support of Motion for Summary Judgment)* | 09/29/21 | 49-3 | 192-195 |
| Appendix 2 *(Memorandum in Support of Motion for Summary Judgment)* | 09/29/21 | 49-4 | 196-197 |
| Appendix 3 *(Memorandum in Support of Motion for Summary Judgment)* | 09/29/21 | 49-5 | 198-202 |
| Appendix 4 *(Memorandum in Support of Motion for Summary Judgment)* | 09/29/21 | 49-6 | 203-209 |
| Appendix 5 *(Memorandum in Support of Motion for Summary Judgment)* | 09/29/21 | 49-7 | 210-211 |

| | | | |
|---|---|---|---|
| Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment | 09/29/21 | 50 | 212-218 |
| Declaration of Amanda M. Jones *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-1 | 219-223 |
| Declaration of Lindsay Haen *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-2 | 224-227 |

| | | | |
|---|---|---|---|
| Declaration of Danielle Stewart *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09-29-21 | 50-3 | 228-233 |
| Declaration of Rodney Martin *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09-29-21 | 50-4 | 234-238 |
| Declaration of John Kreider *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-5 | 239-242 |
| Exhibit A – First Amended Complaint *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/2022 | 50-6 | 243-265 |

| | | | |
|---|---|---|---|
| Exhibit B - Portions of the Deposition of Preston Lee<br>*(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/2022 | 50-7 | 266-335 |
| Exhibit C - Deposition of Uilani Matavao Upon Written Interrogatories (Part 1)<br>*(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/2022 | 50-8 | 336-343 |

**VOLUME 3 of 3**

| | | | |
|---|---|---|---|
| Exhibit C - Deposition of Uilani Matavao Upon Written Interrogatories (Part 2)<br>*(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/2022 | 50-8 | 345-355 |
| Exhibit D – VA Decision Filed Under Seal<br>*(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-9 | 356 |
| Exhibit E – VA Letter Filed Under Seal<br>*(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-10 | 357 |
| Exhibit F – VA Application Filed Under Seal<br>*(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-11 | 358 |

| | | | |
|---|---|---|---|
| Exhibit G – Statement in Support Filed Under Seal *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-12 | 359 |

| | | | |
|---|---|---|---|
| Exhibit H – Notice of Disagreement Filed Under Seal *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-13 | 360 |
| Exhibit I – Evaluation Filed Under Seal *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-14 | 361 |
| Exhibit J – Plaintiff's Response to Defendant L3Harris Technologies, Inc.'s First Request for Answers to Interrogatories to Plaintiff Preston Lee *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-15 | 362-368 |
| Exhibit K – Workers Compensation Claim Filed Under Seal *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-16 | 369 |
| Exhibit L – Plaintiff's Hawaii Civil Rights Commission Charge of Discrimination *(Defendant L3Harris Technologies, Inc.'s Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-17 | 370-371 |

| | | | |
|---|---|---|---|
| Exhibit M – Plaintiff's Hawaii Civil Rights Commission Pre-Complaint Questionnaire *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-18 | 372-376 |
| Exhibit N – Sean Igne's November 6, 2019 letter *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-19 | 377-379 |
| Exhibit O – Preston Lee's November 7, 2019 letter *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-20 | 380 |
| Exhibit P – David Hesapene's November 7, 2019 letter *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-21 | 381 |
| Exhibit Q – Mark Vegas's November 7, 2019 letter *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-22 | 382 |

| | | | |
|---|---|---|---|
| Exhibit R – Gilbert Castro's November 7, 2019 letter *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-23 | 383-384 |

| | | | |
|---|---|---|---|
| Exhibit S – Preston Lee's November 13, 2019 Disciplinary Warning *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-24 | 385-386 |
| Exhibit T – Doctor's Note Filed Under Seal *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-25 | 387 |
| Exhibit U – Doctor's Note Filed Under Seal *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-26 | 388 |
| Exhibit V – Ross West's December 11, 2019 *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-27 | 389-405 |
| Exhibit W – Manu Kai SOP *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-28 | 406-409 |
| Exhibit X – Employment Policy 1 *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-29 | 410 |
| Exhibit Y – Employment Policy 2 *(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-30 | 411 |

| | | | |
|---|---|---|---|
| Exhibit Z – Medical Evaluation<br>*(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-31 | 412 |

| | | | |
|---|---|---|---|
| Exhibit AA – Medical Letter<br>*(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09-29-21 | 50-32 | 413 |
| Exhibit BB – Portions of the Deposition of Gilbert Castro<br>*(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09-29-21 | 50-33 | 414-444 |
| Exhibit CC – Portions of the Deposition of David Hesapene<br>*(Defendant L3Harris Technologies, Inc. 's Separate and Concise Statement of Material Facts in Support of Its Motion for Summary Judgment)* | 09/29/21 | 50-5 | 445-461 |
| Plaintiff's Notice of Appeal to the United States Court of Appeals for the Ninth Circuit | 02/25/2022 | 84 | 462-463 |
| Civil Docket for Case # 1:20-cv-00489 LEK-KJM from the United States District Court for the District of Hawai'i | | | 464-479 |