UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PRESTON LEE,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>L3HARRIS TECHNOLOGIES, INC.; et al.,<br><br>       Defendants - Appellees. | No. 22-15288<br><br>D.C. No. 1:20-cv-00489-LEK-KJM<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

The opening brief submitted on July 6, 2022 is filed.

Within 7 days of this order, appellant is ordered to file 6 copies of the brief in paper format with blue covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The excerpts of record submitted on July 6, 2022 are filed. Within 7 days of this order, appellant is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

                                   FOR THE COURT:

                                   MOLLY C. DWYER
                                   CLERK OF COURT

                                   By: Kevin Wing Gee
                                   Deputy Clerk
                                   Ninth Circuit Rule 27-7