No. 22-15288

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PRESTON LEE,

Plaintiff-Appellant

v.

L3HARRIS TECHNOLOGIES, INC.

Defendant-Appellee

On Appeal from the United States District Court
District of Hawaii Civil No. 1:20-00489 (LEK/KJM)
(Honorable Leslie E. Kobayashi)

**DEFENDANT-APPELLEE L3HARRIS TECHNOLOGIES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

**CERTIFICATE OF SERVICE**

CADES SCHUTTE LLP

AMANDA M. JONES          8854
MALLORY T. MARTIN     10211
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-9200
Email: ajones@cades.com
         mmartin@cades.com

Attorneys for Defendant-Appellee
L3HARRIS TECHNOLOGIES, INC.

## DEFENDANT-APPELLEE L3HARRIS TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure Ninth Circuit Rules, Defendant-Appellee L3Harris Technologies, Inc. states that it has no parent corporation and no publicly held corporation that owns 10 percent or more of its stock.

DATED: Honolulu, Hawaii, August 24, 2022.

        CADES SCHUTTE LLP

        /s/ *Mallory T. Martin*
        AMANDA M. JONES
        MALLORY T. MARTIN

        Attorneys for Defendant-Appellee
        L3HARRIS TECHNOLOGIES, INC.