## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a copy of Defendant-Appellee L3HARRIS TECHNOLOGIES, INC.'s Corporate Disclosure Statement was served this day on the following by the CM/ECF system:

JOSEPH T. ROSENBAUM     jtr@frlawhi.com
ELIZABETH JUBIN FUJIWARA     ejf@frlawhi.com

Attorneys for Plaintiff-Appellant
PRESTON LEE

DATED: Honolulu, Hawaii, August 24, 2022.

        CADES SCHUTTE LLP

        */s/ Mallory T. Martin*
        AMANDA M. JONES
        MALLORY T. MARTIN

        Attorneys for Defendant-Appellee
        L3HARRIS TECHNOLOGIES, INC.

6723016.v1