UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PRESTON LEE,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>L3HARRIS TECHNOLOGIES, INC.; et al.,<br><br>    Defendants - Appellees. | No. 22-15288<br><br>D.C. No. 1:20-cv-00489-LEK-KJM<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

  The motion to file document under seal and supplemental excerpts of record submitted under seal at Docket Entry 19 by appellee L3Harris Technologies, Inc. on August 24, 2022, are stricken as premature and deficient.

  The motion and excerpts were not submitted at the same time as the answering brief as required by Ninth Circuit Rule 30-1.2(e). The motion was not accompanied by a certificate of service as required by Ninth Circuit Rule 25-5(f)(2).

  The supplemental excerpts of record are not consecutively paginated beginning with the caption page as page 1 as required by Ninth Circuit Rule 30-1.5(c) and are not formatted as the final volume of excerpts as required by Ninth Circuit Rule 30-1.4(d).

A party filing any sealed portion of excerpts of record shall submit the sealed material as the final volume of excerpts under seal, accompanied by a notice of filing under seal pursuant to 9th Cir. R. 27-13(d), a motion to seal pursuant to 9th Cir. R. 27-13(e), or a notice of intent to unseal pursuant to 9th Cir. R. 27-13(f) on the same day the party's brief is submitted.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7