## STATEMENT OF RELATED CASES

Pursuant to Ninth Circuit Rule 28-2.6, Defendant-Appellee L3Harris Technologies Inc. is not aware of any related cases pending in this Court.

DATED: Honolulu, Hawaii, September 6, 2022.

                                                          CADES SCHUTTE LLP

                                                          /s/ *Mallory T. Martin*
                                                          AMANDA M. JONES
                                                          MALLORY T. MARTIN

                                                          Attorneys for Defendant-Appellee
                                                          L3HARRIS TECHNOLOGIES, INC.