## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a copy of Defendant-Appellee's Redacted Answering Brief was served this day on the following by the CM/ECF system:

JOSEPH T. ROSENBAUM     jtr@frlawhi.com
ELIZABETH JUBIN FUJIWARA     ejf@frlawhi.com

Attorneys for Plaintiff-Appellant
PRESTON LEE

DATED: Honolulu, Hawaii, September 6, 2022.

CADES SCHUTTE LLP

/s/ *Mallory T. Martin*
AMANDA M. JONES
MALLORY T. MARTIN
Attorneys for Defendant-Appellee
L3HARRIS TECHNOLOGIES, INC.