No. 22-15288

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PRESTON LEE,

Plaintiff-Appellant

v.

L3HARRIS TECHNOLOGIES, INC.

Defendant-Appellee

On Appeal from the United States District Court
District of Hawaii Civil No. 1:20-00489 (LEK/KJM)
(Honorable Leslie E. Kobayashi)

**DEFENDANT-APPELLEE L3HARRIS TECHNOLOGIES, INC.'S
SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME**

CADES SCHUTTE LLP
AMANDA M. JONES    8854
MALLORY T. MARTIN    10211
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-9200
Email: ajones@cades.com
      mmartin@cades.com

Attorneys for Defendant-Appellee
L3HARRIS TECHNOLOGIES, INC.

# INDEX OF SUPPLEMENTAL EXCERPTS OF RECORD

| Document Description | Dist. Ct. Docket No. | Date Filed | SER Page Nos. |
|---|---|---|---|
| **VOLUME 1 OF 1** | | | |
| Errata Regarding Declaration of Danielle Stewart in Support of Defendant L3Harris Technologies, Inc.'s ("**L3Harris**") Separate and Concise Statement of Material Facts in Support of its Motion for Summary Judgment, filed September 29, 2021 [Dkt. 50-3]; Certificate of Service | 58 | October 11, 2021 | SER-00002-12 |
| Complaint | 1 | November 13, 2020 | SER-00013-32 |
| **VOLUME 2 OF 2** **(SUPPLEMENTAL EXCERPTS OF RECORD SUBMITTED UNDER SEAL)** | | | |
| L3Harris's Motion for summary Judgment on all Claims ("**MSJ**"), submitted under seal in 1:20-CV-00489 LEK-KJM ("**District Court Action**") | 54 | October 1, 2021 | SER-00033-71 |
| L3Harris's Separate and Concise Statement of Material Facts in Support of its MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00072-82 |

| Document Description | Dist. Ct. Docket No. | Date Filed | SER Page Nos. |
|---|---|---|---|
| Exhibit B to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-0083-189 |
| Exhibit D to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00190-195 |
| Exhibit E to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00196-203 |
| Exhibit F to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00204-209 |
| Exhibit G to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00210-216 |
| Exhibit H to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00217-233 |
| Exhibit I to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00234-251 |
| Exhibit J to the MSJ submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00245-251 |
| Exhibit K to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00252 |
| Exhibit T to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00253 |
| Exhibit U to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00254-258 |

| Document Description | Dist. Ct. Docket No. | Date Filed | SER Page Nos. |
|---|---|---|---|
| Exhibit X to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00259-264 |
| Exhibit Y to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00264-300 |
| Exhibit Z to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00301-315 |
| Exhibit AA to the MSJ, submitted under seal in the District Court Action | 55 | October 1, 2021 | SER-00316-317 |