CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES         8854-0
MICHAEL R. SOON FAH     11156-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email:  ajones@cades.com
        msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PRESTON LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNICORPORATED<br>ORGANIZATIONS 1-10; and DOE<br>GOVERNMNENTAL AGENCIES 1-<br>10.<br><br>        Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**ORDER GRANTING DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S *EX PARTE* MOTION TO FILE UNDER SEAL PORTIONS OF L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND EXHIBITS B, D-I, J, K, T, U, X, Y, Z, AND AA TO THE MOTION** |

**EXHIBIT 2**

**ORDER GRANTING DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S *EX PARTE* MOTION TO FILE UNDER SEAL PORTIONS OF L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND EXHIBITS B, D-I, J, K, T, U, X, Y, Z, AND AA <u>TO THE MOTION</u>**

Upon review of L3Harris *Ex Parte* Motion To File Under Seal Portions Of L3Harris Technologies, Inc.'s Motion For Summary Judgment on All Claims and Exhibits B, D-I, J, K, T, U, X, Y, Z, and AA To The Motion, and the declaration of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that said *Ex Parte* Motion is granted. L3Harris is hereby granted leave to file (1) an unredacted version of L3Harris Technologies, Inc.'s Motion for Summary Judgment on All Claims and the Memorandum in Support; (2) an unredacted version of the Concise Statement of Material Facts; (3) unredacted versions of Exhibit B and J to the Motion; and (4) Exhibits D-I, K, T, U, X, Y, Z, and AA to the Motion, under seal.

DATED: Honolulu, Hawaii, October 1, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_Preston Lee v. L3Harris Technologies, Inc., et. al._; 1:20-CV-00489 LEK-KJM; ORDER GRANTING DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S EX PARTE MOTION TO FILE UNDER SEAL PORTIONS OF L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND EXHIBITS B, D-I, J, K, T, U, X, Y, Z, AND AA TO THE MOTION