UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PRESTON LEE,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>L3HARRIS TECHNOLOGIES, INC.; et al.,<br><br>   Defendants - Appellees. | No. 22-15288<br><br>D.C. No. 1:20-cv-00489-LEK-KJM<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

The redacted answering brief submitted on September 6, 2022 by L3Harris Technologies, Inc. is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7